IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MANJEET SINGH, ) | No. C 12-1503 LHK (PR) |
| ) Plaintiff, ) | ORDER OF DISMISSAL |
| ) v. ) | |
| UNKNOWN, ) | |
| ) Defendant. ) | |

On March 26, 2012, Plaintiff, proceeding *pro se*, filed a letter, which commenced this action. The same day, the Clerk notified Plaintiff that he had not filed a complaint, paid the filing fee, nor had he filed an application to proceed in forma pauperis ("IFP"). Along with the deficiency notices, Plaintiff was provided with an IFP application and instructions for completing it. Plaintiff was further cautioned that his failure to either file a complaint and a completed IFP application, or pay the filing fee within thirty days would result in the dismissal of this action.

On April 18, 2012, Plaintiff filed an inmate trust account statement. However, he did not submit a Certificate of Funds, completed and signed by an authorized officer. To date, Plaintiff has not filed a completed application to proceed IFP. Nor has Plaintiff filed a complaint, as directed. Plaintiff was warned that his failure to file both documents within thirty days would result in the dismissal of this action.

Order of Dismissal
G:\PRO-SE\SJ.LHK\CR.12\Singh503disifpcomp.wpd

1  Accordingly, the instant action is DISMISSED without prejudice.  The Clerk shall
2  terminate all pending motions and close the file.
3  IT IS SO ORDERED.
4  DATED:   6/25/12

_____
LUCY H. KOH
United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order of Dismissal
G:\PRO-SE\SJ.LHK\CR.12\Singh503disifpcomp.wpd    2