IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL MANJEET SINGH, | ) | No. C 12-1503 LHK (PR) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| UNKNOWN, | ) ) | |
| Defendant. | ) ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 6/25/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.12\Singh503jud.wpd